FORM NO. 2

## United States Bankruptcy Court
### Western District of Tennessee

11-10090

In re   Jacqueline Kay Ross

Debtor(s)

Case No.

Chapter   13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Jacqueline Kay Ross | S.S.# xxx-xx-1656 |
| | (W) | S.S.# |
| ADDRESS: | 48 Coach Drive | |
| | Jackson, TN 38301 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 130.00    monthly | |
| PAYROLL DEDUCTION: | OR ( X ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | Unemployed | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ -NONE- |
| CHILD SUPPORT: | Future support through Plan to | $ -NONE- |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | -NONE- | $ -NONE- |

HOME MORTGAGE:
-NONE-

If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| Ongoing pmt. Begin | N/A | | | $ | N/A |
| Approx. arrearage | N/A | Interest | N/A % | $ | N/A |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Credit Central | $ 800.00 | 8.00 % | $ 17.00 |
| Heights Finance | $ 730.00 | 8.00 % | $ 15.00 |
| Security Finance | $ 750.00 | 8.00 % | $ 16.00 |
| State Finance of Jackson | $ 200.00 | 8.00 % | $ 10.00 |
| World Finance Corporation | $ 2,444.00 | 8.00 % | $ 50.00 |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $13,217.00

TERMINATION:   Plan shall terminate upon payment of the above, approximately 60 months.

**Rejected Leases**
 -NONE-:
**Assumed Leases**
 -NONE-:

DEBTOR'S ATTORNEY:

T. Verner Smith
Law Office of T. Verner Smith
112 North Liberty
Po Box 1743
Jackson, TN 38302-1743
731-423-1888